Lynn Macy
26175 Augusta Way, Lake Arrowhead, CA 92352
Mailing:
P.O. Box #103 Twin Peaks, CA 92391
(909) 744-8480

FILED
CLERK, U.S. DISTRICT COURT

3/28/24

CENTRAL DISTRICT OF CALIFORNIA
BY: eee DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Lynn Macy

PLAINTIFF/PETITIONER

V.

Cedarpines Park Mutual Water Company

DEFENDANT/RESPONDENT

CASE NUMBER

5:24-CV-00668-AB-SHKx

REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT

I, Lynn Macy, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed? ☐ Yes ☒ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _20 years ago_____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    | Source | Yes | No |
    |---|---|---|
    | Public benefits? | ☐ | ☒ |
    | Business, profession or form of self-employment? | ☐ | ☒ |
    | Rent payments, interest or dividends? | ☐ | ☒ |
    | Pensions, annuities or life insurance payments? | ☐ | ☒ |
    | Gifts or inheritances? | ☐ | ☒ |
    | Any other income (other than listed above)? | ☐ | ☒ |
    | Loans? | ☐ | ☒ |
    | Any other income (other than listed above)? | ☐ | ☒ |

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable)  ☒ Yes  ☐ No

   If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration. Bank of America savings $17,510. Bank of America checking $2,388

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No

   If you answer is yes, describe the property and state its approximate value: car Ford Transit Connect 2013 $10,950

5. In what year did you last file an Income Tax Return? 2024
   Approximately how much income did your last return reflect? $15,828

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: N/A

7. Estimate your average monthly expenses below:

| | | | | |
|---|---|---|---|---|
| Housing | $2,400 | Credit Cards | — | N/A |
| Transportation | — N/A | Child Care | — | N/A |
| Food | — N/A | Insurance | — | N/A |
| Medical | — N/A | Loans | — | N/A |
| Utilities | — N/A | Other | — | N/A |

California
State

San Bernardino
County (or City)

I, Lynn Macy declare under penalty of perjury that the foregoing is true and correct. Executed on:

3/28/24
Date

Lynn Macy
Plaintiff (Signature)