# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN MACY<br><br>PLAINTIFF(S)<br><br>v.<br><br>CEDARPINES PARK MUTUAL WATER COMPANY , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:24−cv−00668−AB−SHK<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

  3/28/2024          1, Attachment 2          Request for Summons

Date Filed        Doc. No.      Title of Doc.

**ERROR(S) WITH DOCUMENT:**

The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write "see attached." Next, attach a face page of the complaint or a second page addendum to the Summons.

*Other Error(s):*

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

                                                Clerk, U.S. District Court

Date: April 4, 2024                          By:  /s/ *Grace Kami  grace_kami@cacd.uscourts.gov*
                                                                          Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –