AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:24-CV-00668-AB-SHKx

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Cedarpines Park Mutal Water Co.**
was received by me on *(date)* **04/16/2024**.

☒ I personally served the summons on the individual at *(place)* **inside the office's window of Cedarpines Park Mutal Water Co. w/ a blonde lady at the office** on *(date)* **04/16/2024** ; or

☒ I left the summons at the ~~individual~~'s residence or usual place of ~~abode~~ business with *(name)* **the blonde worker at the office of Cedarpines Park Water Co.**, a person of suitable age and discretion who resides there,
on *(date)* **04/16/2024**, and mailed a copy to the ~~individual~~ business's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **04/16/2024**

*Julie Macy* (signature)
*Server's signature*

**Julie Macy**
*Printed name and title*

**P.O. Box 103, Twin Peaks, CA 92391**
*Server's address*

Additional information regarding attempted service, etc:

1. I dropped the summons and complaint inside the office's window with the female blonde worker of the Cedarpines Park Mutal Water Co. during business hours at 2:45 PM on 04/16/2024. 201 Nardy Ln, Cedarpines Park, CA 92322

2. I personally dropped off the summons and complaint with the USPS worker and paid for extra stamp at a Twin Peaks Postal Service at 4:15pm on 04/16/2024, Mail to: Cadarpines Park Mutal Water Co. P.O. Box 9259 Cedarpines Park, CA 9232[?]

UNITED STATES DISTRICT COURT
**Central District of California**
*Dolly M. Gee, Chief Judge*
*Brian D. Karth, District Court Executive / Clerk of Court*

Clerk Services | E-Filing | Judges' Requirements | Calendars | Accommodations | Court Procedures | Newsworthy | Court Locations | Contact Us

# CONFIRMATION

The document(s) listed below have been submitted to the United States District Court for the Central District of California using the Electronic Document Submission System ("EDSS"). The document(s) have not yet been filed. Just like documents received through the U.S. Mail, documents received through the Electronic Document Submission System ("EDSS") will not be considered filed until court staff have uploaded them into the Court's Case Management/Electronic Case Filing System ("CM/ECF").

Documents submitted using EDSS should be processed within 1-2 business days of receipt. However, the date of EDSS submission, shown below, will be considered the filing date for any documents submitted through EDSS and later filed into CM/ECF.

**Name:** Lynn Macy
**Tracking Number:** EDS-240416-001-2068
**Date:** 4/16/2024

Uploaded files:
- **Proof of Service.pdf**
  *Description: Proof of Service*

Please include the tracking number as a reference on any communications with the Court about this submission. We recommend that you print this page for your records. You should also receive an email, sent to the email address you provided during the EDSS submission process, confirming your submission.

**For assistance, please contact:**

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535

## Submission Confirmation

From: Civil Intake (do-not-reply@cacd.uscourts.gov)

To: macybuilders@yahoo.com

Date: Tuesday, April 16, 2024 at 05:08 PM PDT

### Dear Lynn Macy:

This email confirms that the document(s) listed below were received by the United States District Court for the Central District of California at the date and time indicated:

**Name:** Lynn Macy
**Tracking Number:** EDS-240416-001-2068
**Date:** 4/16/2024 5:08:05 PM

Uploaded files:

- **Proof of Service.pdf**
  *Proof of Service*

The document(s) have not yet been filed. Just like documents received through the U.S. Mail, documents received through the Electronic Document Submission System ("EDSS") will not be considered filed until court staff have uploaded them into the Court's Case Management/Electronic Case Filing System ("CM/ECF"). Documents submitted using EDSS should be processed within 1-2 business days of receipt. However, the date of EDSS submission will be considered the filing date for any documents received through EDSS and later filed into CM/ECF.

If you are registered for electronic service of documents and receiving e-service in this case, you will receive a Notice of Electronic Filing ("NEF") from the CM/ECF System as soon as each document listed above has been filed. (Click here for information about registering for electronic service or to add e-service in this case.) If you are not registered for electronic service, you may check the status of your documents by checking the docket for your case on PACER (https://pacer.uscourts.gov). Please wait at least two business days after receiving this email and check the docket for your case on PACER before contacting the Court regarding the status of documents submitted through EDSS.

If you are trying to file a document in a case pending before the United States Bankruptcy Court, or in any case pending in any court other than the United States District Court for the Central District of California, your document will not be filed and you will not receive any response to your EDSS submission. Likewise, if you are an attorney required by the local rules to file your documents electronically using the Court's CM/ECF System, your document(s) will not be filed if submitted through EDSS, and you will not receive any further communication from the Court about your EDSS submission.

Please include the tracking number listed above as your reference on any communications with the Court about this submission. We recommend that you keep this email for your records.

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535