BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
3390 UNIVERSITY AVENUE, 5TH FLOOR
RIVERSIDE, CALIFORNIA 92502

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Lynn Macy,<br><br>            Plaintiff,<br><br>      v.<br><br>Cedarpines Park Mutual Water Company; and all persons unknown Claiming Any Legal or Equitable Right, Title, Estate, Lien or Interest in the Property Described in the Complaint Adverse to Plaintiff's Title, or any Cloud on Plaintiff Title Thereto and DOES 1 through 10 inclusive,<br><br>            Defendants. | Case No. 5:24-cv-00668-AB-SHKx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO QUASH SERVICE OF SUMMONS**<br><br>[*Filed concurrently with Motion, Declaration of Christopher Moffitt and Declaration of Selena Alegria*]<br><br>Date:          August 23, 2024<br>Time:         10:00 a.m.<br>Dept:          7B<br>Judge:        Andre Birotte Jr.<br><br>Trial Date:      Not Set<br>Action Filed:   March 28, 2024 |

# [PROPOSED] ORDER

Defendant CEDARPINES PARK MUTUAL WATER COMPANY'S ("Defendant") Motion to Quash Plaintiff LYNN MACY'S ("Plaintiffs") Service of Summons ("Motion") came on for hearing on August 23, 2024 at 10:00 a.m. in Department 7B of this Court. Appearances were made as are noted on the record.

The Court, having considered the papers, arguments, and records and files herein, hereby orders as follows:

Defendant's Motion to Quash Plaintiff's Service of Summons is GRANTED. Plaintiff's service of the summons and complaint on Defendant Cedarpines Park Municipal Water Company is ordered quashed.

[Plaintiff is instructed to correct the name of the court in her summons and serve Defendant Cedarpines Park Municipal Water Company in accordance with relevant statutes.] [OR] [Furthermore, the Court on its own motion hereby dismisses the complaint for want of jurisdiction.]

**IT IS SO ORDERED.**

Dated: _____

Honorable Andre Birotte Jr.
District Judge

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
3390 UNIVERSITY AVENUE, 5TH FLOOR
RIVERSIDE, CALIFORNIA 92502

10059.00009\42478659.1

5:24-CV-00668-AB-SHKX
[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO QUASH SERVICE OF SUMMONS

Re: CENTRAL DISTRICT OF CALIFORNIA  Case Number: 5:24-cv-00668-AB-SHKx

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in Riverside County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 3390 University Avenue, 5th Floor, P.O. Box 1028, Riverside, California  92502.  I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.  On July 18, 2024, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION
TO QUASH SERVICE OF SUMMONS

in a sealed envelope, postage fully paid, addressed as follows:

Lynn Macy                                              In Pro Per
P.O. Box #103
Twin Peaks, Ca. 92391
(909) 744 -8480

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 18, 2024, at Riverside, California.

*Nieka Caruthers-Dodson*
———————————————
Nieka Dodson