UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:24-cv-00668-AB-SHK | Date: | July 22, 2024 |
|---|---|---|---|
| Title: | *Lynn Macy v. Cedarpines Park Mutual Water Company, et al.* | | |

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
None Present                              None Present

**Proceedings (IN CHAMBERS):   ORDER REQURING BRIEFING RE: DEFENDANT CEDARPINES PARK MUTUAL WATER COMPANY'S MOTION TO QUASH SUMMONS (ECF No. 16)**

On July 18, 2024, Defendant Cedarpines Park Mutual Park Company ("Defendant") filed a Motion to Quash Summons Re: Complaint ("Motion"). Electronic Case Filing Number ("ECF No.") 16, Motion. Prior to ruling on Defendant's Motion, the Court provides Plaintiff an opportunity to respond and oppose Defendant's Motion. Plaintiff is to file their response to Defendant's Motion no later than **August 9, 2024.** Defendant may file an optional reply to Defendant's opposition within **7 days** of service of the opposition. The Motion will be taken under submission. The issue will be decided on the papers without oral argument.

Defendant should also be aware of Federal Rule of Civil Procedure 4(d) regarding waiver of service, which provides "[a]n individual, corporation, or association that is subject of service under Rule 4(e), (f), or (h) **has a duty to avoid unnecessary expenses of serving the summons**, The plaintiff may notify such a defendant that an action has commenced and request that the defendant waive service of a summons." (emphasis added).

   **IT IS SO ORDERED.**