Lynn Macy "In Pro Per"
P.O. Box #103
Twin Peaks, CA 92391
Telephone: (909) 744-8480
Email: 1611Bible.us@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
07/26/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION

| | |
|---|---|
| LYNN MACY,<br><br>Plaintiff,<br><br>vs.<br><br>CEDARPINES PARK MUTUAL WATER COMPANY,<br><br>Defendant. | Case No.: 5:24-cv-00668-AB-SHK<br><br>**MOTION & PROPOSED ORDER TO CHANGE DATE OF HEARING**<br><br>Date: August 23, 2024<br>Time: 10:00 A.M.<br>Dept: 7B<br>Judge: Honorary Andre Birotte Jr. |

1. The hearing on the [Proposed] Order Granting Defendant's Motion to Quash Service of Summons is currently scheduled for August 23, 2024.

2. I respectfully request that the Court move the hearing to the following date, or another at the Court's convenience, September 27, 2024.

3. I have not already asked the Court to change this hearing date.

4. This change is necessary because I will be out of the Country from August 22 - September 17, 2024 & will be unable to attend the intended hearing on August 23, 2024 at 10:00 a.m. in Department 7B.

5. I believe changing this deadline will not affect any other deadlines.

PAGE 1

I declare under penalty of perjury that the above statements are true & correct.

Respectfully Submitted,

By Plaintiff: _____*Lynn Macy*_____

Lynn Macy

Date: _____July 26, 2024_____

PAGE 2

## CERTIFICATE OF SERVICE

1. **Case name:** Macy v. Cedarpines Park Mutual Water Company
2. **Case number:** 5:24-cv-0668-AB-SHK
3. **Documents served:** Motion & Proposed Order to Change Date of Hearing
4. **How was the Motion served?** *[check one]*

    [ ] Placed in U.S. Mail

    [ ] Hand-delivered

    [X] Sent by E-mail

    [X] Sent by Fax

5. **On whom was the Motion served?**

Christopher M. Moffitt, Bar No. 255599

BEST BEST & KRIEGER LLP

3390 University Avenue 5th Floor

P.O. Box 1028

Riverside, California 92502

Telephone: (951) 826-8454

Facsimile: (951) 686-3083

E-mail: Chris.moffitt@bbklaw.com

6. **When was the Motion served?** 7/26/2024

I declare under penalty of perjury under the laws of the United States that the foregoing is true & correct.

Signature: *Jerusha Macy*

Name: Jerusha Macy

Address: 26175 Augusta Way, Lake Arrowhead, CA 92352

PAGE 3