CHRISTOPHER M. MOFFITT, Bar No. 255599
chris.moffitt@bbklaw.com
CHRISTINA ABBATE, Bar No. 348276
christina.abbate@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue
5th Floor
P.O. Box 1028
Riverside, California 92502
Telephone: (951) 686-1450
Facsimile: (951) 686-3083

Attorneys for Defendant
Cedarpines Park Mutual Water Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lynn Macy,<br><br>     Plaintiff,<br><br>     v.<br><br>Cedarpines Park Mutual Water Company; and all persons unknown Claiming Any Legal or Equitable Right, Title, Estate, Lien or Interest in the Property Described in the Complaint Adverse to Plaintiff's Title, or any Cloud on Plaintiff Title Thereto and DOES 1 through 10 inclusive,<br>,<br>     Defendant. | Case No. 5:24-cv-00668-AB-SHKx<br><br>DEFENDANT'S REPLY TO OPPOSITION TO MOTION TO QUASH SERVICE OF SUMMONS<br><br>Dept: Courtroom 7B<br>Judge: Hon. Andre Birotti, Jr. |

## I. INTRODUCTION

By way of her opposition to Defendant's motion to quash, Plaintiff has offered no admissible evidence which either (1) supports that the summons and complaint in this matter were properly served, or (2) contradicts the evidence offered by Defendant in support of its motion. Defendant does not dispute that it—and its counsel—are aware of the summons and complaint in this matter. And, as noted in Plaintiff's opposition, defense counsel did offer to accept service of the summons and complaint once the summons was corrected to state the correct court, and asked only that Plaintiff email both with a Notice and Acknowledgement of Receipt to defense counsel. (See Exhibit "A" to Declaration of Christopher Moffitt in support of Motion to Quash [Dkt. 16-1], at p. 2.) No such correction or email took place.

## II. CONCLUSION

For the reasons set forth in Defendant's motion, Defendant respectfully requests this Court quash service of the Summons and Complaint as against the Defendant and dismiss this matter for lack of jurisdiction. Alternatively, should this Court order the summons corrected to reflect the Central District of California and not the Eastern District of California, and order it served on Defendant as of the date of the Court's order on this motion, Defendant will abide such an order and will prepare its responsive pleadings.

Dated: August 1, 2024

BEST BEST & KRIEGER LLP

By: /s/ Christopher M. Moffitt
CHRISTOPHER M. MOFFITT
CHRISTINA ABBATE

Attorneys for Defendant
Cedarpines Park Mutual Water Company

**L.R. 11-6.2 Certificate of Compliance**

The undersigned, counsel of record for Cedarpines Park Mutual Water Company, certifies that this brief contains 422 words, which complies with the word limit of L.R. 11-6.1.

Dated: August 1, 2024

BEST BEST & KRIEGER LLP

By: */s/ Christopher M. Moffitt*
CHRISTOPHER M. MOFFITT
CHRISTINA ABBATE

Attorneys for Defendant
Cedarpines Park Mutual Water Company