1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN MACY,<br><br>              Plaintiff,<br><br>         v.<br><br>CEDARPINES PARK MUTUAL WATER COMPANY, et al.,<br><br>              Defendants. | Case No. 5:24-cv-00668-AB-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Defendant Cedarpines Park Mutual Water Company's ("Defendant") Motion to Quash ("MTQ"), Plaintiff Lynn Macy's ("Plaintiff") Opposition to the MTQ, Defendant's Reply in support of the MTQ, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

//

//

//

1     IT IS THEREFORE ORDERED that Defendant's MTQ is GRANTED and
2 that Judgment be entered DISMISSING this action without prejudice.

5 Dated: October 1, 2024

                                            HON. ANDRÉ BIROTTE JR.
                                            United States District Judge