Js6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN MACY,<br><br>    Plaintiff,<br><br>  v.<br><br>CEDARPINES PARK MUTUAL WATER COMPANY, et al.,<br><br>    Defendants. | Case No. 5:24-cv-00668-AB-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate,

IT IS HEREBY ADJUDGED that this case is DISMISSED without prejudice.

Dated: October 1, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
United States District Judge